**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: CHEREE J. TAYLOR         §    Case No. 08-70670
                                §
                                §
                                §
        Debtors                 §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 03/07/2008.

2) The plan was confirmed on 08/06/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/01/1900, 06/17/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/28/2008, 10/01/2009, 06/03/2010.

5) The case was converted on 07/08/2010.

6) Number of months from filing or conversion to last payment: 26.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $19,500.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 9,242.72 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 9,242.72 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 700.37 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,200.37 |
| Attorney fees paid and disclosed by debtor: | $ 274.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| LAW OFFICE OF HENRY REPAY | Lgl | 3,500.00 | 3,774.00 | 3,774.00 | 3,500.00 | 0.00 |
| JP MORGAN CHASE BANK | Sec | 7,525.00 | 20,507.38 | 20,507.38 | 2,361.21 | 536.69 |
| JP MORGAN CHASE BANK | Uns | 9,475.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 240.00 | 311.69 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 1,211.32 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 7,311.34 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 1,723.34 | 9,143.85 | 9,143.85 | 2,144.45 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 434.10 | 434.10 | 0.00 | 0.00 |
| ABC CASH N GO | Uns | 1,137.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 145.00 | 144.33 | 144.33 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 2,021.76 | 1,137.53 | 1,137.53 | 0.00 | 0.00 |
| ALISON WINTRODE LCPC, CADC | Uns | 95.13 | NA | NA | 0.00 | 0.00 |
| AMERICA ON-LINE / GPO | Uns | 91.70 | NA | NA | 0.00 | 0.00 |
| AMERICAN CASH N GO | Uns | 9,093.80 | NA | NA | 0.00 | 0.00 |
| AMERICASH | Uns | 1,535.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 819.40 | 869.40 | 869.40 | 0.00 | 0.00 |
| ARETHA JOHNSON | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| ASPEN | Uns | 1,152.64 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ASPIRE | Uns | 543.31 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 485.51 | NA | NA | 0.00 | 0.00 |
| BUDGET PHONE | Uns | 62.34 | NA | NA | 0.00 | 0.00 |
| CARLYLE AUTO SALES | Uns | 5,465.91 | NA | NA | 0.00 | 0.00 |
| CASH BOX | Uns | 787.50 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 503.36 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCE | Uns | 400.58 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 416.02 | 416.02 | 416.02 | 0.00 | 0.00 |
| CORTRUST BANK | Uns | 235.00 | 273.57 | 273.57 | 0.00 | 0.00 |
| CUSTOM DIRECT INC. | Uns | 47.00 | NA | NA | 0.00 | 0.00 |
| DENTAL EXPERTS | Uns | 880.80 | NA | NA | 0.00 | 0.00 |
| DENTAL GROUP OF ROCKFORD | Uns | 365.20 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 352.32 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 543.70 | NA | NA | 0.00 | 0.00 |
| FAMILY DOLLAR | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER | Uns | 341.00 | NA | NA | 0.00 | 0.00 |
| GLENWOOD CENTER | Uns | 95.13 | NA | NA | 0.00 | 0.00 |
| GOOD PEOPLE AUTOMOTIVE | Uns | 711.79 | NA | NA | 0.00 | 0.00 |
| HE STARK | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES | Uns | 1,224.88 | NA | NA | 0.00 | 0.00 |
| IGS ENERGY INC | Uns | 732.07 | 732.07 | 732.07 | 0.00 | 0.00 |
| IHC SWEDISHAMERICAN EMER | Uns | 188.00 | NA | NA | 0.00 | 0.00 |
| IMAGINE | Uns | 1,083.25 | NA | NA | 0.00 | 0.00 |
| INSIGHT COMMUNICATIONS | Uns | 198.22 | NA | NA | 0.00 | 0.00 |
| KCRC | Uns | 246.53 | NA | NA | 0.00 | 0.00 |
| MEDCO HEALTH SOLUTIONS, INC. | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| MEMBERS ALLIANCE | Uns | 1,543.00 | NA | NA | 0.00 | 0.00 |
| MERRICK | Uns | 838.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST MONEY EXCHANGE | Uns | 23.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Uns | 983.09 | 983.09 | 983.09 | 0.00 | 0.00 |
| NICOR | Uns | 584.48 | NA | NA | 0.00 | 0.00 |
| CHECK IT | Uns | 191.32 | 307.36 | 307.36 | 0.00 | 0.00 |
| OMNIUM | Uns | 286.00 | NA | NA | 0.00 | 0.00 |
| PAGECOMM | Uns | 490.00 | NA | NA | 0.00 | 0.00 |
| REWARDS 660 | Uns | 189.27 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROCKFORD HEALTH PHYSICIANS | Uns | 1,216.65 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 1,920.80 | 2,142.99 | 2,142.99 | 0.00 | 0.00 |
| SAGE TELECOM | Uns | 173.00 | 172.54 | 172.54 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 103.00 | 238.98 | 238.98 | 0.00 | 0.00 |
| SANTA BARBARA BANK & TRUST | Uns | 600.00 | 600.00 | 600.00 | 0.00 | 0.00 |
| SPRINT CUSTOMER SERVICE | Uns | 551.92 | NA | NA | 0.00 | 0.00 |
| SURE-TEL | Uns | 46.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 783.11 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 2,501.74 | 1,950.71 | 1,950.71 | 0.00 | 0.00 |
| WALGREENS | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| WAL-MART | Uns | 188.75 | NA | NA | 0.00 | 0.00 |
| LAND YACHT PROPERTIES | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 0.00 | 90.00 | 90.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 0.00 | 1,152.64 | 1,152.64 | 0.00 | 0.00 |
| AAA COMMUNITY FINANCE | Uns | 0.00 | 1,137.50 | 1,137.50 | 0.00 | 0.00 |
| ASPEN | Uns | 1,152.64 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 20,507.38 | $ 2,361.21 | $ 536.69 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 20,507.38 | $ 2,361.21 | $ 536.69 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 9,143.85 | $ 2,144.45 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 9,143.85 | $ 2,144.45 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 12,782.83 | $ 0.00 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 4,200.37 |
| Disbursements to Creditors | $ 5,042.35 |
| **TOTAL DISBURSEMENTS:** | $ 9,242.72 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 07/21/2010                By: /s/ Lydia S. Meyer
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)